THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM B. KINGSTON, Appellant.

*People* v. *Kingston*, 98 App. Div. 635, affirmed.
(Argued April 17, 1905; decided May 2, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 12, 1904, which affirmed a judgment of the Wyoming County Court rendered upon a verdict convicting the defendant of the crime of selling liquor in violation of the provisions of the Liquor Tax Law.

*E. L. Dolson* for appellant.

*John Knight, District Attorney*, for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.